No. 25-5808

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Dec 12, 2025
KELLY L. STEPHENS, Clerk

| | |
|---|---|
| CHARLES O. CATER, | ) |
| Plaintiff - Appellant, | ) |
| v. | )    O R D E R |
| WAVE 3 NEWS STATION; LOUISVILLE COURIER JOURNAL, | ) |
| Defendants - Appellees. | ) |

Proceeding without counsel, the plaintiff appeals the district court's dismissal of his complaint alleging defamation, fraud, and breach of contract related to a news article published by defendant Wave 3 News Station. After the plaintiff filed his appellant brief, the district court denied him leave to proceed on appeal in forma pauperis. The plaintiff has been directed to either pay the $605 appellate filing fee or renew his motion in this court by December 22, 2025. Wave 3 now moves for a 60-day extension of time to file its brief.

Upon review, further briefing in this matter will be held in abeyance pending resolution of the filing fee. Wave 3's motion is thus DENIED AS MOOT. If and when appropriate upon satisfaction of the filing fee, the clerk will reset briefing.

The plaintiff's December 22 deadline to either pay the appellate filing fee or move this court for pauper status on appeal remains in effect.

ENTERED PURSUANT TO RULE 45(a)
RULES OF THE SIXTH CIRCUIT

Kelly L. Stephens, Clerk

**United States Court of Appeals for the Sixth Circuit**

**U.S. Mail Notice of Docket Activity**

The following transaction was filed on 12/12/2025.

**Case Name:**   Charles Cater v. Wave 3 News Station, et al
**Case Number:**   25-5808

**Docket Text:**
ORDER filed - Upon review, further briefing in this matter will be held in abeyance pending resolution of the filing fee. Wave 3's motion is thus DENIED AS MOOT. If and when appropriate upon satisfaction of the filing fee, the clerk will reset briefing. The plaintiff's December 22 deadline to either pay the appellate filing fee or move this court for pauper status on appeal remains in effect. [7450451-2]

**The following documents(s) are associated with this transaction:**
Document Description:   Order

**Notice will be sent to:**

Mr. Charles O. Cater
F.C.I. Atlanta
P.O. Box 150160
Atlanta, GA 30315

**A copy of this notice will be issued to:**

Mr. Jason Patrick Renzelmann
Mr. James J. Vilt Jr.
Mr. Samuel W. Wardle