Case No. 25-5808

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

### ORDER

CHARLES O. CATER

       Plaintiff - Appellant

v.

WAVE 3 NEWS STATION; LOUISVILLE COURIER JOURNAL

       Defendants - Appellees

 

Appellant having previously been advised that failure to satisfy certain specified obligations would result in dismissal of the case for want of prosecution and it appearing that the appellant has failed to satisfy the following obligation(s):

The proper fee was not paid by April 10, 2026.

It is therefore **ORDERED** that this cause be, and it hereby is, dismissed for want of prosecution.

        **ENTERED PURSUANT TO RULE 45(a),**
        **RULES OF THE SIXTH CIRCUIT**
        Kelly L. Stephens, Clerk

Issued:  May 13, 2026

**United States Court of Appeals for the Sixth Circuit**

**U.S. Mail Notice of Docket Activity**

The following transaction was filed on 05/13/2026.

**Case Name:**    Charles Cater v. Wave 3 News Station, et al
**Case Number:**    25-5808

**Docket Text:**
ORDER filed to dismiss for want of prosecution. The appellate fee was not paid on or before April 10, 2026. No mandate to issue.

**The following documents(s) are associated with this transaction:**
Document Description:    Order

**Notice will be sent to:**

Mr. Charles O. Cater
FMC Lexington
P.O. Box 14500
Lexington, KY 40512

**A copy of this notice will be issued to:**

Mr. Jason Patrick Renzelmann
Mr. James J. Vilt Jr.
Mr. Samuel W. Wardle